Wendy M. Krincek, Esq.
Nevada Bar No. 6417
Diana G. Dickinson
Nevada Bar 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:   702.862.8800
Fax No.:       702.862.8811
wkrincek@littler.com
ddickinson@littler.com

Attorneys for Defendant
ENCOMPASS HEALTH REHABILITATION
HOSPITAL OF LAS VEGAS, LLC

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PAUL SULLIVAN,<br><br>        Plaintiff<br><br>v.<br><br>ENCOMPASS HEALTH REHABILITATION HOSPITAL OF LAS VEGAS, LLC., a Delaware Limited Liability Company; DOES I-X; ROE BUSINESS ENTITIES I-X,<br><br>        Defendant | Case No. 2:24-cv-02328-CDS-MDC<br><br>**Order Approving STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION FOR PARTIAL DISMISSAL**<br><br>**(FIRST REQUEST)**<br><br>[ECF No. 13] |

Plaintiff PAUL SULLIVAN ("Plaintiff") and Defendant ENCOMPASS HEALTH REHABILITATION HOSPITAL OF LAS VEGAS, LLC ("Defendant") by and through their respective counsel of record, hereby agree and stipulate to extend the time for Defendant to file a Reply in Support of its Partial Motion to Dismiss Plaintiff's First Amended Complaint from the current deadline of January 31, 2025[1], up to and including **February 7, 2025.**

The requested extension is necessary due to the workload of counsel, including the Early Neutral Evaluation for this matter on January 29, 2025 (ECF No. 6), and because counsel for Defendant has a preplanned international vacation.

/ / /

---

[1] Defendant filed its Partial Motion to Dismiss Plaintiff's First Amended Complaint on January 10, 2025. ECF No. 10. Plaintiff's Opposition is due January 24, 2025, and thus Defendant's Reply will be due one week later. *See* Local Rule 7-2(b).

This is the first request for an extension of time to file the Reply. This request is made in good faith and not for the purpose of delay.

Dated: January 23, 2025

Respectfully submitted,

*/s/ James P. Kemp*
James P., Kemp, Esq.
KEMP & KEMP, ATTORNEYS AT LAW

*Attorneys for Plaintiff*
PAUL SULLIVAN

Dated: January 23, 2025

Respectfully submitted,

*/s/ Diana G. Dickinson*
Wendy M. Krincek, Esq.
Diana G. Dickinson, Esq.
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*
ENCOMPASS HEALTH REHABILITATION
HOSPITAL OF LAS VEGAS, LLC

## ORDER

Based on the parties' stipulation, the deadline for defendant to file a reply in support of its motion for partial dismissal (ECF No. 10) is extended up to and including February 7, 2025.

_____
UNITED STATES DISTRICT JUDGE

DATED: January 23, 2025

LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

4909-6441-2423.1 / 060078-1179
4915-1575-1698

2