Wendy M. Krincek, Esq.
Nevada Bar No. 6417
Diana G. Dickinson, Esq.
Nevada Bar No.13477
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
Telephone:   702.862.8800
Fax No.:   702.862.8811
wkrincek@littler.com
ddickinson@littler.com

Attorneys for Defendant
ENCOMPASS HEALTH REHABILITATION
HOSPITAL OF LAS VEGAS, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PAUL SULLIVAN, an individual, | Case No. 2:24-cv-02328-CDS-MDC |
| Plaintiff | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| ENCOMPASS HEALTH REHABILITATION HOSPITAL OF LAS VEGAS, LLC, a Delaware limited liability company, | |
| Defendant | |

Plaintiff Paul Sullivan and Defendant Encompass Health Rehabilitation Hospital of Las Vegas, LLC, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice, with each party to bear their own costs and attorneys' fees.

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800

The parties agree that neither party shall be deemed to be a prevailing party in this action and that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available for the claims dismissed by this stipulation.

Dated: November 21, 2025

Respectfully submitted,

/s/ James P. Kemp, Esq.
James P. Kemp, Esq.
KEMP & KEMP ATTORNEYS AT LAW

Attorney for Plaintiff
PAUL SULLIVAN

Dated: November 21, 2025

Respectfully submitted,

/s/ Diana G. Dickinson, Esq.
Wendy M. Krincek, Esq.
Diana G. Dickinson, Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
ENCOMPASS HEALTH REHABILITATION HOSPITAL OF LAS VEGAS, LLC

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE
Dated: November 24, 2025

4899-7603-6214.1 / 060078.1179

2